# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of New York

Index Number: 1:20-CV-00385-MAD-DJS                                    Date Filed: 4/3/2020

Plaintiff:
**National Rifle Association of America**

vs.

Defendant:
**Andrew Cuomo, both individually and in his official capacity, et al.**

**State of New York, County of Albany)ss.:**

Received by Special Delivery Service Inc., to be served on **Andrew Cuomo both Individually and in his official capacity, c/o NYS Attorney General, Justice Building, Empire State Plaza, Albany, NY.**

I, James Boland, being duly sworn, depose and say that on the **6th day of April, 2020** at **1:10 pm**, I:

served an **AUTHORIZED** individual by delivering a true copy of the **Summons in a Civil Action, Complaint and Jury Demand, Civil Cover Sheet and Notice**, to: **Cristal Gazelone** as **Legal Records Supervisor** at the address of: **Justice Building, Empire State Plaza, Albany, NY**, who stated they are authorized to accept service for **Andrew Cuomo**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Deponent completed personal service, following NYS Attorney General Guidelines as stated on the official Website of the NYS Attorney General, by mailing a true copy of the within stated legal documents in a postpaid envelope addressed to: Andrew Cuomo, C/O NYS Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341, Att.: A&O/Personal Service, by First Class Mail on 4/6/20 and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 6th day of April, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2022

_____
**James Boland**
Process Server

**Special Delivery Service Inc.,**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3203

Our Job Serial Number: 2020001180
Ref: 0940321

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x