IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW CUOMO, both individually and in his official capacity; NEW YORK STATE DEPARTMENT OF ECONOMIC DEVELOPMENT d/b/a EMPIRE STATE DEVELOPMENT; ERIC GERTLER, both individually and in his official capacity; NEW YORK STATE DEPARTMENT OF LABOR; and ROBERTA REARDON, both individually and in her official capacity,<br><br>  Defendants. | CIVIL CASE NO. 1:20-CV-00385 MAD/DJS<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that defendants New York State Department of Labor and Roberta Reardon waive personal service of the summons, complaint, filing order and civil case management plan and hereby acknowledge and accept service via e-mail as of April 29, 2020. The parties further stipulate and agree that all defendants shall have the same deadline of May 13, 2020 to file an answer to the first amended complaint in this case.

STIPULATION

Dated:   May 4, 2020

By:  _/s/ Andrew W. Koster_____
Andrew W. Koster (Bar No. 701106)
Andrew.koster@ag.ny.gov
Assistant Attorney General, of Counsel
The Capitol
Albany, New York 12224
(518) 776-2609

**Counsel for Defendants**

By:  _/s/ Sarah B. Rogers_____
Sarah B. Rogers (Bar No. 700207)
sbr@brewerattorneys.com
Brewer, Attorneys & Counselors
750 Lexington Avenue, Floor 14
New York, NY 10022
(212) 489-1400

**Counsel for Plaintiff**

**SO ORDERED:**

_____
U.S.M.J.