UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                                            *Plaintiff*,

-against-

ANDREW CUOMO, both individually and in his official capacity; NEW YORK STATE DEPARTMENT OF ECONOMIC DEVELOPMENT d/b/a EMPIRE STATE DEVELOPMENT; ERIC GERTLER, both individually and in his official capacity; NEW YORK STATE DEPARTMENT OF LABOR; and ROBERTA REARDON, both individually and in her official capacity,

                                            *Defendants*.

**NOTICE OF MOTION**

20-CV-0385

MAD/DJS

---

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and upon all prior proceedings, Defendants Governor Andrew M. Cuomo, Acting Commissioner Eric Gertler, Commissioner Roberta Reardon, New York State Department of Labor and New York State Department of Economic Development, on July 21, 2020 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for an order dismissing the First Amended Complaint in its entirety, together with such other or further relief as may be just.

Dated: Albany, New York
       June 22, 2020

                            LETITIA JAMES
                            Attorney General of the State of New York

                            Attorney for Defendants, Andrew M. Cuomo, Eric Gertler, Roberta Reardon, NYS Department of Labor and NYS Department of Economic Development

                            The Capitol
                            Albany, New York 12224

                            By: **_s/ Andrew W. Koster_**
                            Andrew W. Koster
                            Assistant Attorney General, of Counsel
                            Bar Roll No. 5108212
                            Telephone: (518) 776-2609
                            Email: andrew.koster@ag.ny.gov

To:    William A. Brewer, Esq.
         750 Lexington Ave., 14th Floor
         New York, NY 10022