### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL RIFFLE ASSOCIATION OF AMERICA,** § § § | |
| Plaintiff, § | |
| v. § § | CIVIL CASE NO. 1:20-CV-00385 MAD/DJS |
| **ANDREW CUOMO**, both individually and in his official capacity; **NEW YORK STATE DEPARTMENT OF ECONOMIC DEVELOPMENT** d/b/a **EMPIRE STATE DEVELOPMENT**; **ERIC GERTLER**, both individually and in his official capacity; **NEW YORK STATE DEPARTMENT OF LABOR**; and **ROBERTA REARDON**, both individually and in her official capacity, § § § § § § § § § § § § § | |
| Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that the National Rifle Association of America, the Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order dated August 14, 2020 (Document Number 24), which granted Defendants' motion for judgment on the pleadings and denied Plaintiff's cross-motion for leave to amend the first amended complaint (the "August 14 Order").    This appeal is taken from each and every part of the August 14 Order.

Dated September 14, 2020	Respectfully submitted,

By:   /s/ William A. Brewer III
    William A. Brewer III (Bar No. 700217)
    wab@brewerattorneys.com
    Sarah B. Rogers (Bar No. 700207)
    sbr@brewerattorneys.com
    Peter Bach-y-Rita (admitted *pro hac vice*)
    pbr@brewerattorneys.com
    BREWER, ATTORNEYS & COUNSELORS
    750 Lexington Avenue, 14th Floor
    New York, New York 10022
    Telephone: (212) 489-1400
    Facsimile: (212) 751-2849

    **ATTORNEYS FOR PLAINTIFF**

4841-2699-3866
2277/15